## TAYLOR v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 117, September Term, 1964.]

*Decided May 28, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, OPPEN-HEIMER and BARNES, JJ.

PER CURIAM.

Petitioner's application contains no statement of reasons as required by Maryland Rule BK46 and must be dismissed on that ground. *Dofflemyer v. Director,* 237 Md. 639 (1965).

*Application denied.*